| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| Law Offices of Jan Meyer & Associates, P.C.<br>1029 Teaneck Road, 2nd Floor<br>Teaneck, NJ 07666<br>Telephone: (201) 862-9500<br>Facsimile: (201) 862-9400<br><br>Attorneys for Creditor,<br>Continental Casualty Company<br>a/s/o Miguel Ramos | Chapter 7<br><br>Case No. 12-22300-rdd |
| In re:<br><br>Karen A. Brannigan,<br><br>                Debtor. | |

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
         THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that Solomon Rubin, of the Law Offices of Jan Meyer & Associates, P.C. does hereby enter an appearance on behalf of Continental Casualty Company a/s/o Miguel Ramos in the above captioned bankruptcy matter.

Please see that all notices are forwarded to Solomon Rubin, c/o Law Offices of Jan Meyer & Associates, P.C., 1029 Teaneck Road, 2nd Floor, Teaneck, NJ 07666.

                Law Offices of Jan Meyer & Associates, P.C.

                */s/ Solomon Rubin*

                Solomon Rubin
                1029 Teaneck Road, 2nd Floor
                Teaneck, NJ 07666
                Telephone: (201) 862-9500
                Facsimile: (201) 862-9400

Dated: March 16, 2016